Joseph L. CURTIS, Appellant,

v.

UNIVERSAL ACCEPTANCE CORP.,
Appellee.

No. 3930.

District of Columbia Court of Appeals.

Argued July 11, 1966.

Decided Sept. 20, 1966.

Joseph F. Dugan, Washington, D. C., for appellant.

Bernard T. Levin, Washington, D. C., for appellee.

Before HOOD, Chief Judge, and QUINN and MYERS, Associate Judges.

PER CURIAM:

Nearly six months after judgment by default had been entered against appellant for the balance due under a promissory note, he moved to vacate the judgment.

His motion was denied and he has appealed.

The grounds set forth in appellant's two affidavits could constitute a showing that his default was due to mistake, inadvertence, surprise, or excusable neglect, but nothing more. The trial court's Rule 60(b) requires that a motion on these grounds be filed not more than three months after judgment.

Affirmed.